```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                         :
STACEY MERCER,                                :
                                                                         :
                          Plaintiff,   :     1:24-cv-03838-GHW
                                                                             :
                        -v-               :     <u>ORDER</u>
                                                                              :
1750-1752 SECOND AVENUE OWNER, LLC, :
*et al.*,                                                   :
                                                                             :
                          Defendants. :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's August 26, 2024 motion to adjourn the initial pretrial conference, Dkt. No. 17, is granted. The initial pretrial conference scheduled for August 27, 2024 is adjourned to September 23, 2024 at 4:00 p.m. in Courtroom 12C, 500 Pearl Street, New York, NY 10007. The joint status letter and proposed case management plan described in the Court's May 20, 2024 order are due no later than September 16, 2024. Plaintiff is directed to serve this order on Defendants and to retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: August 26, 2024
       New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge