```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                    :

STACEY MERCER,                       :

                         Plaintiff,    :     1:24-cv-3838-GHW

                                    :

                  -v-             :     <u>ORDER</u>

                                    :

1750-1752 SECOND AVENUE OWNER, LLC, :
*et al.*,
                                    :

                    Defendants. :

                                    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On September 10, 2024, the Court ordered the Clerk of Court to vacate the entry of default against Defendant 1750-1752 Second Avenue Owner, LLC. Dkt. No. 30.

       Plaintiff is directed to serve the Court's order vacating default, Dkt. No. 30, and this order on Defendants and to retain proof of service.

       SO ORDERED.

Dated: September 12, 2024
       New York, New York

                                                           GREGORY H. WOODS
                                                   United States District Judge