```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
STACEY MERCER,                   :
                                                     :
                                Plaintiff,    :       1:24-cv-03838-GHW
                                                     :
                     -v-                         :       <u>ORDER</u>
                                                     :
1750-1752 SECOND AVENUE OWNER, LLC,   :
*et al.*,                                                :
                                                     :
                                 Defendants.   :
                                                     :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       In a letter dated September 19, 2024, Plaintiff requested that the initial pretrial conference scheduled for September 23, 2024 be adjourned. Plaintiff's application is granted. The initial pretrial conference scheduled for September 23, 2024 is adjourned to November 22, 2024 at 4:00 p.m. The deadline for the parties to file the joint letter and proposed case management plan outlined in the Court's May 20, 2024 order, Dkt. No. 7, is extended to November 15, 2024. The deadline for Defendants to answer or otherwise respond to the complaint remains September 23, 2024.

       Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

       SO ORDERED.

Dated: September 20, 2024
       New York, New York

                                                              GREGORY H. WOODS
                                                            United States District Judge